# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PAUL E. REDFERN,

        Plaintiff,

vs.                                                      CASE NO. 6:07-CV-1639-ORL-19DAB

SR PLUMBING CORP., SAMUEL
RIVERA,

        Defendants.

_____

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 35, filed May 29, 2008).  No objection to said Report and Recommendation was filed.  Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 35) is **ADOPTED and AFFIRMED.**  The settlement amount is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues, and this case is **DISMISSED** with leave for Plaintiff to file a Motion for Attorney's Fees **within forty-five (45) days** if the parties cannot resolve the matter.

**DONE AND ORDERED** at Orlando, Florida, this ___16th___ day of June, 2008.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record